UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DEANNE DODGE KROWS<br><br>       Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,<br><br>       Defendant. | No. C07-1988-CRD<br><br>ORDER FOR ATTORNEY'S FEES PURSUANT TO 42 U.S.C. §406(b) |

THIS MATTER having come on regularly before the undersigned upon Plaintiff's Motion For Attorneys Fees Pursuant To 42 U.S.C.§ 406(b), the Court having considered the contentions of Plaintiff and Defendant's response of no objection and good cause having been shown for entry of the Order, now therefore, it is hereby

ORDERED that Plaintiff's attorney, Anne Kysar of Schroeter, Goldmark & Bender, is awarded attorney fees pursuant to 42 U.S.C. § 406(b) in the amount of $14,360.00, minus any processing fees allowed by statue and it is further

ORDERED that Plaintiff's attorney will refund the amount received under EAJA of $8,584.35 to Plaintiff, which represents the total of the smaller fee, pursuant to Pub. L. No. 99-80, §3 99 Stat. 183, 186 (1985).

/

//

ORDER FOR ATTORNEY'S FEES
PURSUANT TO 42 U.S.C § 406(b) - 1
(C07-1988-CRD)

SCHROETER, GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
(206) 622-8000

DATED this 5th day of February, 2009.

*[signature: Carolyn R. Dimmick]*

Carolyn R. Dimmick
United States District Judge

PRESENTED BY:

SCHROETER, GOLDMARK & BENDER

s/ANNE KYSAR
Anne Kysar, WSBA # 28351
Attorney for Plaintiff
Schroeter Goldmark & Bender
810 Third Avenue, Suite 500
Seattle, WA 98104
Phone: (206) 622-8000
Fax: (206) 682-2305

ORDER FOR ATTORNEY'S FEES
PURSUANT TO 42 U.S.C § 406(b) - 2
(C07-1988-CRD)

SCHROETER, GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA 98104
(206) 622-8000